July 29, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

A.N.A. ENTERPRISES, INC., MUSA ADI, ZUHAIR ADI, STEAKS R US, INC., TEXAS GULF COAST ENTERPRISE, INC., ADICO ENTERPRISES, INC. AND STAR SERVE, INC., Appellants

NO. 14-14-00321-CV                    V.

WALLIS STATE BANK, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 27, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, A.N.A. Enterprises, Inc., Musa Adi, Zuhair Adi, Steaks R Us, Inc., Texas Gulf Coast Enterprise, Inc., Adico Enterprises, Inc. and Star Serve, Inc..

We further order this decision certified below for observance.